# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| and STATE OF MISSOURI, ) | |
| ) | |
| Plaintiffs, ) | **NOTICE OF LODGING** |
| v. ) | |
| ) | Case No. 18-502 |
| THE DOE RUN RESOURCES CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF LODGING OF CONSENT DECREE

On April 4, 2018, the United States and State of Missouri filed their joint Complaint in this case and simultaneously lodged a proposed Consent Decree (attached) that, if entered, would resolve their claims against The Doe Run Resources Corporation.  See Dkt. No. 2.  Pursuant to Section 122(d)(2) of the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9622(d)(2), the proposed Consent Decree may not be entered until after a thirty day public comment period following publication of a notice in the Federal Register.  Upon expiration of that comment period, the United States will notify the Court, in light of any comments received, whether it believes that entry of the proposed Consent Decree is appropriate.

Accordingly, the United States requests that this Court take no action on the Consent

Decree filed at Dkt. No. 2 until the United States files either a motion to enter the Consent Decree or a notice that the United States has withdrawn its consent to the Consent Decree.

Dated: 4/4/2018              Respectfully Submitted,

Jeffrey H. Wood
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Eric D. Albert
Eric D. Albert
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2800

**Certificate of Service**

      I hereby certify that on April 4, 2018, I caused the foregoing document to be served upon counsel for defendants as set forth below by electronic mail.

/s/ Eric D. Albert
Eric D. Albert
Trial Attorney

Served upon:
Samuel I. Gutter, Esq.
Sidley Austin LLP
sgutter@sidley.com

Shawna Bligh, Esq.
Missouri Attorney General's Office
Shawna.Bligh@ago.mo.gov