# Appendix C

Big River Mine Tailings / St. Joe Mineral Corp.
Initial Response Area
Big River Mine Tailings/ St. Joe Minerals Corp
Mine Waste
Missouri Protected
< 400
400 - 800
> 800
Highest Lead Result
(parts per million)
0
5
10
Miles
Data Sources:
InitialResponse Area, Mine Waste: Newfields, received 2006
Superfund Boundaries, Sampling Locations: EPA 2017
Streams NHD, EPA 2005
NOTE: The Environmental Protection Agency does not guarantee the accuracy, completeness, or timeliness of the information shown, and shall not be liable for any injury or loss resulting from reliance upon the information shown.
CJM 9/19/2017
Big River Public Meeting 1
N
S
W
Remediated Properties
Papin
Valley View
Blackwell
Valles Mines
Kinsey
Halifax
Bloomsdal
Melze
Silver Springs
Tiff
Koester
Lawrenceton
Big River
Hazel Run
Rocky Ridge
Terre du Lac
Bonne Terre
New
Weingart
Leadwood
Desloge
Sprott
Millers
Park Hills
Ogborn
Derby
Davis
Maryden
Loughboro
Farmington
Bismarck
Avon
Holiday Shores
Doe Run
Mineral City
Iron Mountain Lake
Little Saint Francis River
Syenite
Knob Lick
Middlebrook
Madison County Mines
Esri, HERE, DeLorme, MapmyIndia, © OpenStreetMap contributors, and the GIS user community

