

Figure 1
Response Area and Halo
St. Francois Co. Mined Areas