**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>And STATE OF MISSOURI,<br><br>Plaintiffs,<br>v.<br><br>THE DOE RUN RESOURCES CORPORATION,<br><br>Defendant. | Case No. 4:18-cv-502 |

# NOTICE OF WITHDRAWAL OF COUNSEL

TO: All Counsel of Record;

AND TO: Clerk of the Court.

COMES NOW Zachary N. Moor of the United States Department of Justice hereby provides notice of withdrawal as counsel for the United States in the above-captioned case. Attorney Eric Albert will remain as counsel for Plaintiff the United States of America.

Respectfully submitted,

DATED: August 26, 2026

**FOR THE UNITED STATES**

*/s/ Zachary N. Moor*
ZACHARY N. MOOR (MA Bar No. 681469)
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3394
zachary.moor@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed and served the foregoing Notice of Withdrawal with the Clerk of the Court for the United States District Court for the Eastern District of Missouri using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/* Zachary N. Moor
Zachary N. Moor
Senior Attorney
U.S. Department of Justice